IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | |
| This Document Relates to Case Nos: ) | |
| 3:06-1130, 3:07-1071, 3:07-0837 ) | |
| 3:07-0782, 3:08-0912, 3:07-1231 ) | |
| 3:07-0240, 3:07-0663, 3:09-0189 ) | NO. 3:06-MD-1760 |
| 3:06-0493, 3:06-0660, 3:07-0042 ) | JUDGE CAMPBELL |
| 3:06-0749, 3:06-0519, 3:09-0187 ) | |
| 3:08-1080, 3:08-1091, 3:06-0815 ) | |
| 3:07-0391, 3:07-0393, 3:07-0235 ) | |
| 3:07-1044, 3:06-0494, 3:06-0552 ) | |
| 3:08-0583, 3:06-0380, 3:09-0010 ) | |
| 3:06-0515, 3:08-0086, 3:06-0745 ) | |
| 3:08-1067, 3:06-0661, 3:08-0485 ) | |
| 3:07-0780, 3:06-0524, 3:09-0203 ) | |
| 3:07-1020, 3:06-1027, 3:07-0040 ) | |
| 3:07-1070 ) | |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 2990) in the above-referenced cases. For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

*/s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE